**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| RAFAEL KASSIN, *on behalf of himself and all others similarly situated* | : : : | Civ. Action No. 16-4171 (FLW) |
| Plaintiff, | : : | **ORDER** |
| v. | : : |  |
| AR RESOURCES, INC., | : : |  |
| Defendant. | : : |  |

**THIS MATTER** having been opened to the Court by Ari H. Marcus, Esq., on a motion for summary judgment and motion to certify class; it appearing that Defendant AR Resources, Inc. ("Defendant"), through its counsel, Mark R. Fischer, Jr., Esq., also moves for summary judgment; it appearing that Defendant does not oppose Plaintiff's motion to certify; it appearing that the Court having considered the parties' submissions in connection with the motions pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

**IT IS** on this 13th day of December, 2018,

**ORDERED** that Plaintiff's motion for summary judgment is **GRANTED**;

**ORDERED** that Defendant's motion for summary judgment is **DENIED**;

**ORDERED** that Plaintiff's motion to certify a class is **GRANTED**;

**ORDERED** that the class shall consist of all New Jersey consumers (1) who received an initial collection letter from the Defendant (2) on an obligation owed or allegedly owed to Select Medical – Kessler, (3) which stated "If you carry any insurance that may cover this obligation, please contact our office at the number above" and (4) during the time period of 7/15/15 to 7/15/16;

**ORDERED** that the Marcus Firm is appointed as class counsel; and it is further

**ORDERED** that the parties are directed to submit correspondence in writing, within 15 days from the date of this Order, regarding the assessment of damages and any issues related to the class.

<u>/s/ Freda L. Wolfson</u>
Freda L. Wolfson
United States District Judge
